UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT G. BRAUD III, | ) | Case No.: 1:06 CV 1059 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CUYAHOGA VALLEY CAREER | ) | |
| CENTER, *et al.,* | ) | |
| | ) | |
| Defendants | ) | JUDGMENT ENTRY |

The court, having granted Defendants' Motion for Summary Judgment (ECF No. 31) in a separate Order on this same date, hereby enters judgment for the Defendants and against the Plaintiff.    IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 25, 2007